JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Xingwang Cheng,

      Plaintiff,

v.

Alejandro Mayorkas et al,

      Defendants.

Case No. 2:24-cv-00563-SVW-PDx

ORDER DISMISSING ACTION WITH PREJUDICE FOR LACK OF PROSECUTION

(PURSUANT TO LOCAL RULE 41)

On August 6, 2025, the Court issued an Order to Show Cause why this case should not be dismissed. The Order to Show Cause required a written response to be filed within 10 days. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITH PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  September 4, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.